83

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-259—⬛)

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-480—⬛)

AIR ILLINOIS, INC., Claimant, *vs.* STATE OF ILLINOIS, HEALTH CARE LICENSURE COMMISSION, Respondent.

*Opinion filed August 14, 1974.*

AIR ILLINOIS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.